United States District Court
Southern District of Texas
**ENTERED**
March 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:08-CV-203 |
| | § | (LEAD CASE) |
| 0.61 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, TX, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:08-CV-211 |
| | § | (MEMBER CASE) |
| 0.86 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, TX, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:09-CV-021 |
| | § | (MEMBER CASE) |
| 2.06 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, TX, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

Now before the Court is the United States of America's Unopposed Motion to Add DARLENE K. LUND BAILEY, JOHN D. LUND, TANDY Z. LUND HINRICHS, and DINA M. LUND CASTANEDA as party defendants as to Tract RGV-RGC-2024. (Dkt. No. 77). Having considered the Motion, the Court hereby **ORDERS** that the Motion be **GRANTED**.

**DARLENE K. LUND BAILEY, JOHN D. LUND, TANDY Z. LUND HINRICHS, and DINA M. LUND CASTANEDA** are hereby added as party defendants as to Tract RGV-RGC2024 in this case.

SO ORDERED this 26th day of March, 2019, at McAllen, Texas.

Randy Crane
United States District Judge