United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:08-CV-203 |
| | § | |
| 0.61 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, TX, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE AND EVIDENTIARY HEARING ON ANY BOUNDRY DISPUTES

IT IS HEREBY ORDERED that this matter is set for status conference on May 30, 2019, at 10**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Court FURTHER ORDERS that if any party is disputing the boundary determination of the government, the court will hold an evidentiary hearing to determine the boundaries. All parties in dispute over a boundary shall be present at this hearing and present their evidence.

The Clerk shall send a copy of this Order to all counsel and parties of record.

SO ORDERED this 28th day of March, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge