United States District Court
Southern District of Texas
**ENTERED**
April 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:08-CV-203 |
| 0.61 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TX, *et al*, | § § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:08-CV-211 |
| 0.86 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TX, *et al*, | § § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:09-CV-021 |
| 2.06 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TX, *et al*, | § § § § § | |
| Defendants. | § | |

## <u>ORDER</u>

THIS CAUSE is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by **CELINE M. COZAD** (Dkt. No. 72). After reviewing the Disclaimer and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

Defendant, **CELINE M. COZAD** is hereby **DISMISSED** from this cause.

SO ORDERED this 1st day of April, 2019, at McAllen, Texas.

Randy Crane
United States District Judge