UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § VS. § 0.61 ACRES OF LAND, MORE OR LESS, § SITUATED IN STARR COUNTY, TX, *et al*, § § Defendants. § § | CIVIL ACTION NO. 7:08-CV-203 (LEAD CASE) |
| UNITED STATES OF AMERICA, § § VS. § 0.86 ACRES OF LAND, MORE OR LESS, § SITUATED IN STARR COUNTY, TX, *et al*, § § Defendants. § § | CIVIL ACTION NO. 7:08-CV-211 (MEMBER CASE) |
| UNITED STATES OF AMERICA, § § VS. § 2.06 ACRES OF LAND, MORE OR LESS, § SITUATED IN STARR COUNTY, TX, *et al*, § § Defendants. § § | CIVIL ACTION NO. 7:09-CV-021 (MEMBER CASE) |

# **ORDER**

Now before the Court is the United States of America's Unopposed Motion to Add JOHN LUND as a Party Defendant as to Tract RGV-RGC-2024. (Dkt. No. 79). Having considered the Motion, the Court hereby **ORDERS** that the Motion be **GRANTED**.

**JOHN LUND** is hereby added as a party defendant as to Tract RGV-RGC-2024 in this

case.

SO ORDERED this 4th day of April, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge